AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Thomas Ludt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Thomas Ludt
    101 Katelyn Lane
    Nickelsville, KY  40356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    D. Jeffrey Ireland, Esq.
    Erin E. Rhinehart, Esq.
    Christopher C. Hollon, Esq.
    FARUKI IRELAND COX RHINEHART & DUSING PLL
    110 North Main Street, Suite 1600
    Dayton, OH  45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  03/20/2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Thomas Ludt, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18cv191<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James LaMonica
1788 Mooreland Drive
Lexington, Kentucky 40502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Jeffrey Ireland, Esq.
Erin E. Rhinehart, Esq.
Christopher C. Hollon, Esq.
FARUKI IRELAND COX RHINEHART & DUSING PLL
110 North Main Street, Suite 1600
Dayton, OH 45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   03/20/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Thomas Ludt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stuart Aikman
Unit 3 32 Oatlands Esplanade
Runaway Bay, QLD  4217
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  D. Jeffrey Ireland, Esq.
Erin E. Rhinehart, Esq.
Christopher C. Hollon, Esq.
FARUKI IRELAND COX RHINEHART & DUSING PLL
110 North Main Street, Suite 1600
Dayton, OH  45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    03/20/2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Thomas Ludt, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kin Hui
72 West Norman Avenue
Arcadia, California 91007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Jeffrey Ireland, Esq.
Erin E. Rhinehart, Esq.
Christopher C. Hollon, Esq.
FARUKI IRELAND COX RHINEHART & DUSING PLL
110 North Main Street, Suite 1600
Dayton, OH 45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/20/2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Thomas Ludt, et al.<br><br>*Defendant(s)* | Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dom Fuda
20 Cora Drive
Cohoes, New York  12047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Jeffrey Ireland, Esq.
Erin E. Rhinehart, Esq.
Christopher C. Hollon, Esq.
FARUKI IRELAND COX RHINEHART & DUSING PLL
110 North Main Street, Suite 1600
Dayton, OH  45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   03/20/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Thomas Ludt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:18cv191 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    David Keyes
    1751 Reno Avenue, Suite C6,
    Las Vegas, Nevada  89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    D. Jeffrey Ireland, Esq.
    Erin E. Rhinehart, Esq.
    Christopher C. Hollon, Esq.
    FARUKI IRELAND COX RHINEHART & DUSING PLL
    110 North Main Street, Suite 1600
    Dayton, OH  45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    03/20/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Thomas Ludt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Brett Setzer
    300 Delaney Woods Road
    Lexington, Kentucky 40356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Jeffrey Ireland, Esq.
    Erin E. Rhinehart, Esq.
    Christopher C. Hollon, Esq.
    FARUKI IRELAND COX RHINEHART & DUSING PLL
    110 North Main Street, Suite 1600
    Dayton, OH 45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/20/2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Thomas Ludt, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEENELAND ASSOCIATION, INC., c/o SKO-Lexington Services, LLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  D. Jeffrey Ireland, Esq.
Erin E. Rhinehart, Esq.
Christopher C. Hollon, Esq.
FARUKI IRELAND COX RHINEHART & DUSING PLL
110 North Main Street, Suite 1600
Dayton, OH 45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/20/2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Thomas Ludt, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Dustin Dixon
    998 Sugarbush Trail
    Lexington, Kentucky 40509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Jeffrey Ireland, Esq.
    Erin E. Rhinehart, Esq.
    Christopher C. Hollon, Esq.
    FARUKI IRELAND COX RHINEHART & DUSING PLL
    110 North Main Street, Suite 1600
    Dayton, OH 45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/20/2018

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Thomas Lee Midkiff, Jr. as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Thomas Ludt, et al. <br><br> *Defendant(s)* | Civil Action No. 1:18cv191 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PRIVATO GROUP LLC
c/o Henry Lichtenberger, Registered Agent
410 S. Rampart Boulevard, Suite 350, Las Vegas, Nevada 89145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Jeffrey Ireland, Esq.
Erin E. Rhinehart, Esq.
Christopher C. Hollon, Esq.
FARUKI IRELAND COX RHINEHART & DUSING PLL
110 North Main Street, Suite 1600
Dayton, OH  45402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  03/20/2018

*Signature of Clerk or Deputy Clerk*