UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS LEE MIDKIFF, JR.**, as Trustee of THE TLMJ REVOCABLE TRUST, both Directly and Derivatively on behalf of HORSECO, INC., | : : : : | |
| Plaintiffs, | : : | Case No. 1:18-cv-00191 |
| v. | : : | Judge Timothy S. Black |
| **THOMAS LUDT**, *et al.*, | : : | |
| Defendants. | : | |

### STIPULATED EXTENSION OF TIME
### TO ANSWER, MOVE OR OTHERWISE PLEAD

By agreement of the parties, and pursuant to S.D. Ohio Civ. R. 6.1, it is hereby stipulated that defendant, Dustin Dixon, is granted an additional 21 days, to and including May 9, 2018, within which to answer, move or otherwise plead in response to plaintiff, Thomas Lee Midkiff, Jr.'s Verified Complaint (Doc. 1). No prior stipulated extension to this defendant, together with this stipulated extension, exceed a total of 21 days.

April 17, 2018

Respectfully submitted,

*s/ Jean Geoppinger McCoy*
_____
David P. Kamp (OH 0020665)
Jean Geoppinger McCoy (OH 0046881)
WHITE, GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
(513) 241-3685

*Attorneys for Defendant, Dustin Dixon*

        Per Email Authorization
of April 17, 2018
*s/ Erin E. Rhinehart*

_____
D. Jeffrey Ireland (0010443)
Erin E. Rhinehart (0078298)
Christopher C. Hollon (0086480)
FARUKI, IRELAND, COX,
RHINEHART & DUSING, PLL
110 North Main Street, Suite 1600
Dayton, Ohio  45402
djireland@ficlaw.com
erhinehart@ficlaw.com
chollon@ficlaw.com
(937) 227-3710

*Attorneys for Plaintiff,*
*Thomas Lee Midkiff, Jr., as*
*Trustee of the TLMJ Revocable Trust*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served, via the Court's CM/ECF system, on:

James E. Burke, Esq.
Bruce J. Yoder, Esq.
Jacob D. Rhode, Esq.
Melissa A. Schaub, Esq.
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio  45202

*Attorneys for Defendants,*
*Thomas Ludt, James LaMonica,*
*Stuart Aikman , Kin Hui, Dom Fuda,*
*David Keys and Brett Setzer*

this 17th day of April, 2018.

*s/ Jean Geoppinger McCoy*
_____
Jean Geoppinger McCoy