# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE MIDKIFF, JR., as Trustee of the TLMJ Revocable Trust, both directly and derivatively on behalf of Horseco, Inc., | Case No. 1:18-cv-00191-TSB |
| | Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF SUBSTITUTION OF COUNSEL** |
| THOMAS LUDT, et al., | |
| Defendants. | |

Now comes the Plaintiff, Thomas Lee Midkiff, Jr., as Trustee of the TLMJ Revocable Trust ("Midkiff"), in accord with L.R. 83.4(c)(3), and hereby gives notice that Lindhorst & Dreidame Co., L.P.A., Matthew C. Curran, and Bradley D. McPeek are hereby substituted as counsel for Midkiff in the place of D. Jeffrey Ireland, Erin Rhinehart, Christopher Clayton Hollon, and the firm of Faruki Ireland Cox Rhinehart & Dusing PLL.

Respectfully submitted,

| | |
|---|---|
| /s/ D. Jeffrey Ireland | /s/ Matthew C. Curran |
| D. Jeffrey Ireland (0010443) | Matthew C. Curran (0077038) |
| Erin E. Rhinehart (0078298) | Bradley D. McPeek (0071137) |
| Christopher C. Hollon (0086480) | Lindhorst & Dreidame Co., LPA |
| FARUKI IRELAND COX RHINEHART & DUSING PLL | Attorney for Defendants |
| 110 North Main Street, Suite 1600 | 312 Walnut Street, Suite 3100 |
| Dayton, OH 45402 | Cincinnati, OH 45202 |
| (937) 227-3710 | (513) 421-6630 |
| (937) 227-3717 (fax) | (513) 421-0212 (fax) |
| djireland@ficlaw.com | mcurran@lindhorstlaw.com |
| erhinehart@ficlaw.com | bmcpeek@lindhorstlaw.com |
| chollon@ficlaw.com | |

_____
Thomas Lee Midkiff, Jr.

1

642718

## **CERTIFICATE OF SERVICE**

    I hereby certify on May 23, 2018, the foregoing was electronically filed with the Clerk of the United States District Court for the Southern District of Ohio using the Court's CM/ECF system which will send notification of such filing to CM/ECF participants.

                                          /s/ Matthew C. Curran
                                          Matthew C. Curran (0077038)