# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| THOMAS LEE MIDKIFF, JR., as Trustee of THE TLMJ REVOCABLE TRUST, et al.<br><br>          Plaintiffs,<br>-v-<br><br>THOMAS LUDT, et al.<br><br>          Defendants. | Case No. 1:18-cv-00191-TSB<br><br>(Judge Timothy S. Black) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Thomas Lee Midkiff, Jr., as Trustee of the TLMJ Revocable Trust, and Defendants Thomas Ludt, James LaMonica, Stuart Aikman, Kin Hui, Dom Fuda, David Keys, Brett Setzer (the "Directors"), Keeneland Association, Inc., Dustin Dixon, and Privato Group LLC hereby stipulate and agree to the dismissal, with prejudice, of all direct claims asserted or that could have been asserted in this proceeding against the Directors, Keeneland Association, Inc., Dustin Dixon, and Privato Group LLC. East party shall bear its own costs.

| | |
|---|---|
| /s/Matthew C. Curran<br>LINDHORST & DREIDAME<br>Matthew C. Curran<br>310 Walnut Street, Suite 3100<br>Cincinnati, OH 45202<br>Tel: (513) 421-6630<br>mcurran@lindhorstlaw.com<br><br>*Counsel for Plaintiff Thomas Lee Midkiff, Jr., as Trustee of the TLMJ Revocable Trust* | /s/ James E. Burke<br>KEATING MUETHING & KLEKAMP, PLL<br>James E. Burke<br>Bryce J. Yoder<br>Jacob D. Rhode<br>Melissa S. Matthews<br>One E. Fourth Street, Suite 1400<br>Cincinnati, Ohio 45202<br>Tel: (513) 579-6428<br>jburke@kmklaw.com<br>byoder@kmklaw.com<br>jrhode@kmklaw.com<br>mmatthews@kmklaw.com<br><br>*Counsel for the Director Defendants* |

1

/s/ Steven B. Loy
STOLL, KEENON & OGDEN
Steven B. Loy
W. Chapman Hopkins
300 West Vine Street, Suite 2100
Lexington, KY 40507
Tel: (859) 231-3000
steven.loy@skofirm.com
chapman.hopkins@skofirm.com

*Counsel for Keeneland Assocation, Inc.*

/s/ David P. Kamp
WHITE GETGEY & MEYER CO LPA
David P. Kamp
Jean G. McCoy
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Tel: (513) 241-3685
dkamp@wgmlpa.com
jmccoy@wgmlpa.com

*Counsel for Dustin Dixon and Privato Group LLC*